J-dy-

AO91 (Rev. 12/03)  Criminal Complaint

## FELONY          AUSA

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
FILED

*July 01, 2026*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court ·

## UNITED STATES OF AMERICA
### vs.

Aurelio ANGELES-Bautista
A221 480 804  Mexico
AKA Aurelio Angeles BAUTISTA,Aurelio  ANGELES
BAUTISTA,X  UNKNOWN

## CRIMINAL COMPLAINT

Case Number:  1:26-MJ- 822

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about _____June 29, 2026_____ in _____Cameron_____ County, in

the _____Southern District Of Texas_____ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title _____8_____ United States Code, Section(s) _____1326(a)(1)_____

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the

following facts:
The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on June 29, 2026. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on June 2, 2026. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $.25 US dollars and $1720.00 Mexican Pesos in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes     ☒ No

_Signature of Complainant_

Vento, Joseph  .    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

_____July 01, 2026_____               at        Brownsville, Texas
Date                                            City/State

_____Ignacio Torteya III_____     _____U.S. Magistrate Judge_____
Name of Judge                     Title of Judge               _Signature of Judge_